| CaseSearch | Circuit Court of Maryland |
|---|---|

## Case Information

Court System: **Circuit Court For Baltimore County - Civil**
Location: **Baltimore County Circuit Court**
Case Number: **C-03-CV-19-004089**
Title: **Owen Feil vs. Goucher College, et al.**
Case Type: **Contract - Breach**
Filing Date: **12/27/2019**
Case Status: **Closed**

## Involved Parties Information

### Plaintiff

Name: **Feil, Owen**
Address: **2600 Netherland Avenue**
City: **Bronx**   State: **NY**   Zip Code: **10463**

### Attorney(s) for the Plaintiff

Name: **KING, DONNA M.B.**
Appearance Date: **11/04/2019**
Address Line 1: **LAW OFFICE OF DONNA M.B. KING LLC**
Address Line 2: **309 WEST PENNSYLVANIA AVENUE**
City: **TOWSON**   State: **MD**   Zip Code: **21204**

### Defendant

Name: **Goucher College**
Address: **Serve On: Resident Agent**
**Barbara J. Stob, Legal Office**
City: **TOWSON**   State: **MD**   Zip Code: **21204**

### Attorney(s) for the Defendant

Name: **LIPKOWITZ, MICHELLE NICOLE**
Appearance Date: **01/31/2020**
Address Line 1: **Saul Ewing Arnstein & LEHR LLP**
Address Line 2: **500 East Pratt Street**
Address Line 3: **Suite 800**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

### Defendant

Name: **Unknown Goucher College Security Personnel**
Address: **1021 Dulaney Valley Road**
City: **TOWSON**   State: **MD**   Zip Code: **21204**

## Document Information

File Date: **11/04/2019**
Filed By:
Document Name: **Case Information Report Filed**
Comment: **Civil Non-Domestic Case Information Report**

| File Date: | 11/04/2019 |
|---|---|
| Filed By: | |
| Document Name: | Deficient Filing |
| Comment: | Complaint **Stricken** |

| File Date: | 11/05/2019 |
|---|---|
| Filed By: | |
| Document Name: | Notice of Deficiency - Rule 20-203(d) |
| Comment: | 2nd Defendant needs to be added to the attorney portal |

| File Date: | 12/04/2019 |
|---|---|
| Filed By: | |
| Document Name: | Order |
| Comment: | Order Striking Deficient Submission |

| File Date: | 12/04/2019 |
|---|---|
| Filed By: | |
| Document Name: | Deficient Filing |
| Comment: | Complaint **STRICKEN** |

| File Date: | 12/04/2019 |
|---|---|
| Filed By: | |
| Document Name: | Notice of Deficiency - Rule 20-203(d) |
| Comment: | 2nd defendant not added into file and serve |

| File Date: | 12/04/2019 |
|---|---|
| Filed By: | |
| Document Name: | Deficient Filing |
| Comment: | Motion to Reopen Case |

| File Date: | 12/05/2019 |
|---|---|
| Filed By: | |
| Document Name: | Notice of Deficiency - Rule 20-203(d) |
| Comment: | no signature |

| File Date: | 12/13/2019 |
|---|---|
| Filed By: | |
| Document Name: | Deficient Filing |
| Comment: | Motion to Reopen Case |

| File Date: | 12/13/2019 |
|---|---|
| Filed By: | |
| Document Name: | Deficient Filing |
| Comment: | Proposed Order |

| File Date: | 12/13/2019 |
|---|---|
| Filed By: | |
| Document Name: | Motion |
| Comment: | to Reopen |

| File Date: | 12/16/2019 |
|---|---|
| Filed By: | |
| Document Name: | Notice of Deficiency - Rule 20-203(d) |
| Comment: | caption not match. cc: D.King |

| File Date: | 12/16/2019 |
|---|---|
| Filed By: | |
| Document Name: | Notice of Deficiency - Rule 20-203(d) |
| Comment: | caption not match. cc: D.King |

| File Date: | 12/23/2019 |
|---|---|
| Filed By: | |
| Document Name: | Line |
| Comment: | Line - Adding Defendant, Unknown Goucher College Security Personnel |

| File Date: | 12/27/2019 |
|---|---|
| Filed By: | |
| Document Name: | Complaint / Petition |
| Comment: | Complaint |

| | |
|---|---|
| File Date: | 12/27/2019 |
| Filed By: | |
| Document Name: | Case Information Report Filed |
| Comment: | Civil Non Domestic Case Information Report |

| | |
|---|---|
| File Date: | 12/27/2019 |
| Filed By: | |
| Document Name: | Demand / Request for Jury Trial |
| Comment: | |

| | |
|---|---|
| File Date: | 12/27/2019 |
| Filed By: | |
| Document Name: | Summons Issued (Service Event) |
| Comment: | |

| | |
|---|---|
| File Date: | 12/27/2019 |
| Filed By: | |
| Document Name: | Order |
| Comment: | Striking Deficient Submission cc: Donna King |

| | |
|---|---|
| File Date: | 01/08/2020 |
| Filed By: | |
| Document Name: | Order - Motion/Request Granted |
| Comment: | Motion to Reoen Case; Ordered that the instant matter be reopened, the Complaint with the cured deficiency be docketed by the Clerk, and the case proceed in due course. |

| | |
|---|---|
| File Date: | 01/31/2020 |
| Filed By: | |
| Document Name: | Notice Filed |
| Comment: | Notice of Filing of Notice of Removal |

| | |
|---|---|
| File Date: | 01/31/2020 |
| Filed By: | |
| Document Name: | Supporting Exhibit |
| Comment: | Exhibit 1 |

## Service Information

| Service Type | Issued Date | Service Status |
|---|---|---|
| Summons Issued | 12/27/2019 | |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*