

**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**

401 Bosley Avenue, P.O. Box 6754
Towson, MD  21285-6754

Main: 410-887-2601
Fax: 410-887-3234

**To:** DONNA M.B. KING
LAW OFFICE OF DONNA MB KING LLC
309 WEST PENNSYLVANIA AVENUE
TOWSON MD  21204

**Case Number:** C-03-CV-19-004089
**Other Reference Number(s):**

OWEN FEIL VS. GOUCHER COLLEGE

Date: 11/5/2019

# MDEC DEFICIENCY NOTICE
### Md. Rules Title 20

To **Donna King:** This is to notify you that you have a deficiency in your filing. **Pursuant to Maryland Rule 20-203(d)(2) the court will strike the submission unless the deficiency is corrected or withdrawn within 14 days or the court orders otherwise. Please make the correction indicated below and re-file or withdraw the submission within 14 days.  The deficient submission file name/s and date of filing are:  Complaint  11/4/2019.**

☐ In any one case multiple submissions (including proposed orders) must be submitted in the same envelope as separate PDF files. Please resubmit the filings as separate submissions in the same envelope. (See Rule 20-201(e).)

☐ The submission is illegible or scanned with an incorrect orientation (e.g. upside down, sideways, blurry, and blank pages).

☐ PDF file names must relate to the title of the submission. (See Rule 20-201(i).) If an exhibit to a submission is filed, the submission and the PDF file name should accurately refer to the submission to which they relate. (e.g. Ex 1 Pl MSJ) When the exhibit is an affidavit or other testimony, the file name must identify the affiant or witness (e.g. Affidavit of John Doe).

☐ The exhibit(s) are not identified using the drop-down menu provided.

☐ The submission may not be filed electronically. (See Rule 20-106(c)(2).)

☐ The submission does not include the filer's signature (the signer's typewritten name accompanied by a visual image of the signer's handwritten signature or by the symbol /s/) as required by Rule 20-107(a)(1).

☐ The submission does not have the filer's address, e-mail address, telephone number or the attorney's Client Protection Fund ID Number as required by Rule 20-107(a)(2).

☐ The submission requires a signature under oath, affirmation, or with verification and is not hand-signed and scanned. (See Rule 20-107(d).)

☐ The submission does not comply with the policies and procedures adopted and published by the State Court Administrator pursuant to Rule 20-103(b)(1) because

☐ The submission contains restricted information and a redacted copy of the submission was not provided as required by Rule 20-201(h)(2).

☐ The proposed order, not submitted on a combined motion & order form issued by the judiciary, was not submitted as a separate document, identified as a proposed order, or identified as relating to the motion or other request for court action to which the order pertains.  (See Rule 20-201(k).)

☐ The filing code does not appear to be correct and the correct code is not apparent.

☐ The filing does not appear to relate to the actual case in which it was filed.

☐ The State Court Administrator requirements for requesting sheriff, constable or certified mail service in the District Court have not been met (e.g. includes improper fee multiplier).

☒ **The party's name is not an identical reference to the name of each party (spelling, first name, middle name(s), last name(s), initial(s), addresses and other identifiers) as required wherever that party's name referred to in writing/electronically, including but not limited to: in the pleading or other submission, party field, or File and Serve.**

☐ The filing location is incorrect.

☐ The filing is missing required filing submission (e.g. a default judgment is without a non-military affidavit).

☐ Other

**To resubmit the submission(s), please re-file in a different envelope within 14 days of this notice and under comments state that you are filing to correct the Deficiency Notice filed on 11/5/2019 with envelope 4425731.**

*Julie L. Ensor*
Julie L. Ensor
Clerk of the Circuit Court

**NOTE:** You must submit a motion and have it granted by a judge to receive a refund of any fees associated with the filing.

## ORDER STRIKING DEFICIENT SUBMISSION(S)

The above deficiency notice has not been corrected within the required 14 days. The court has not issued an order related to the deficiency. Per Rule 20-203(d)(2), the deficient submission(s) is/are stricken.

12/02/2019 5:50:10 PM            *Kathleen Cox*
_____    _____
         Date                     Judge

                              Kathleen Gallogly Cox

cc:

Donna M.b. King                Entered: Clerk, Circuit Court for
                               Baltimore County, MD
                               December 4, 2019