UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **OWEN FEIL**, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:20-cv-00278-CCB |
| ) | |
| v. ) | |
| ) | |
| **GOUCHER COLLEGE, et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT AND REQUEST FOR CLERK TO ENTER JUDGMENT

Defendant Goucher College (the "College" or "Defendant"), by counsel, hereby notifies the Court that Plaintiff Owen Feil ("Plaintiff") has accepted an offer of judgment made by the College pursuant to Federal Rule of Civil Procedure 68 (the "Offer of Judgment"). The Offer of Judgment and notice of Plaintiff's acceptance is attached to this notice as **Exhibit A**. Accordingly, pursuant to Rule 68(a), the College respectfully requests that the Clerk enter judgment and close the case.

Dated:  August 28, 2020

Respectfully submitted,

*/s/ Michelle N. Lipkowitz*
Michelle N. Lipkowitz (Md. Fed. Bar No. 27188)
Saul Ewing Arnstein & Lehr LLP
900 East Pratt Street, Suite 900
Baltimore, MD 21202
(410) 332-8603 Tel.
(410) 332-8862 Fax
michelle.lipkowitz@saul.com

Aaron J. Kornblith (Md. Fed. Bar No. 19332)
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue NW, Suite 550

Washington, D.C. 20006
(202) 295-6619 Tel.
(202) 337-6065 Fax
aj.kornblith@saul.com

*Counsel for Defendant Goucher College*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of August, 2020, a true and correct copy of the foregoing **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT AND REQUEST FOR CLERK TO ENTER JUDGMENT** was filed and served via the Court's electronic filing system on the following party:

Donna M.B. King
Law Office of Donna M.B. King, LLC
309 West Pennsylvania Avenue
Towson, Maryland 21204
Email: dking@dking-law.com
*Counsel for Plaintiff*

*/s/ Michelle N. Lipkowitz*
Michelle N. Lipkowitz