# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| OWEN FEIL, | ) |
| Plaintiff, | ) Case No. 1:20-cv-00278-CCB |
| v. | ) |
| GOUCHER COLLEGE, et al., | ) |
| Defendants. | ) |

### DEFENDANT GOUCHER COLLEGE'S OFFER OF JUDGMENT

TO:   Owen Feil
 c/o Donna M.B. King
 Law Office of Donna M.B. King, LLC
 309 West Pennsylvania Avenue
 Towson, Maryland 21204

Defendant Goucher College (the "College" or "Defendant"), by counsel, hereby offers to allow entry of judgment pursuant to Federal Rule of Civil Procedure 68, as follows (the "Offer of Judgment"):

1. Judgment will be entered in favor of Plaintiff Owen Feil ("Plaintiff") against Defendant in the total sum of $30,000.00 (thirty thousand dollars and zero cents), plus forgiveness of the $2,229.00 (two thousand two hundred twenty nine dollars and zero cents) presently owed by Plaintiff to Defendant (the "Judgment Sum"). This Judgment Sum is inclusive of all monies to which Plaintiff and his counsel may be entitled, including, but not limited to, pre-judgment interest and reasonable attorneys' fees and costs.

2. The above judgment:

 a. encompasses and fully and finally settles any and all of Plaintiff's claims against Defendant or any of Defendants' past, present, and future

1

employees, officers, directors, shareholders, attorneys, insurers, reinsurers, agents, servants, representatives, employees, subsidiaries, affiliates, partners, beneficiaries, trustees, predecessors and successors in interest, and assigns (together, the "College Parties") as alleged in Plaintiff's Complaint, including:

    i.    Violation of Title IX (Count I);

    ii.    Breach of Contract (Count II);

    iii.    Defamation (Count III);

    iv.    Breach of Contract and Disclosure of Health Information (Count IV);

    v.    False Arrest (Count V);

    vi.    Intentional Infliction of Emotional Distress (Count VI); and

    vii.    Respondeat Superior (Count VII).

    b.    encompasses and fully and finally settles any related claims which could have been asserted against the College Parties in Plaintiff's Complaint, but were not, and

    c.    represents the total amount the Defendant shall be obligated to pay on account of Plaintiff's claims.

3. This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendant is liable in this action or that Plaintiff suffered any damage.

4. This Offer of Judgment shall not constitute evidence of any violation of any law, regulation, rule, statute, or the like, for any purpose whatsoever.

5. If Plaintiff does not timely accept this Offer of Judgment and fails to obtain a more favorable judgment against Defendant, please take notice that under Rule 68(d), Defendant will ask the Court to:

    a. deny Plaintiff any costs incurred after the date of this offer, including but not limited to attorneys' fees; and,

    b. award a sum to cover (i) Defendant's costs of the services of any experts in preparation for trial, (ii) Defendant's costs incurred during trial, and (iii) such other costs and fees as the Court deems proper, in addition to any other rights and remedies available under the law.

6. This Offer of Judgment will remain open for 14 days after service.

7. Evidence of this Offer of Judgment is not admissible.

Dated: August 18, 2020

Respectfully submitted,

/s/ Michelle N. Lipkowitz
Michelle N. Lipkowitz (Md. Fed. Bar No. 27188)
Saul Ewing Arnstein & Lehr LLP
900 East Pratt Street, Suite 900
Baltimore, MD 21202
(410) 332-8603 Tel.
(410) 332-8862 Fax
michelle.lipkowitz@saul.com

Aaron J. Kornblith (Md. Fed. Bar No. 19332)
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
(202) 295-6619 Tel.
(202) 337-6065 Fax
aj.kornblith@saul.com

*Counsel for Defendant Goucher College*

[Plaintiff's Acceptance on Next Page]

3

## ACCEPTANCE

Plaintiff accepts Defendant's August 18, 2020 Offer of Judgment.

Dated: __August 22, 2020__

_____
Donna M.B. King
Law Office of Donna M.B. King, LLC
309 West Pennsylvania Avenue
Towson, Maryland 21204
Email: dking@dking-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of August, 2020, a true and correct copy of the foregoing **DEFENDANT GOUCHER COLLEGE'S OFFER OF JUDGMENT** was served via courier and electronic mail on the following party:

Donna M.B. King
Law Office of Donna M.B. King, LLC
309 West Pennsylvania Avenue
Towson, Maryland 21204
Email: dking@dking-law.com
*Counsel for Plaintiff*

                                                 /s/ *Michelle N. Lipkowitz*
                                               Michelle N. Lipkowitz