UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **OWEN FEIL**, | ) <br> ) |
| Plaintiff, | ) Case No. 1:20-cv-00278-CCB <br> ) |
| v. | ) <br> ) |
| **GOUCHER COLLEGE, et al.**, | ) <br> ) |
| Defendants. | ) |

## PROPOSED ORDER OF JUDGMENT

Pursuant to the parties' notice to the Court that they have agreed to entry of judgment in this matter and good cause appearing, it is hereby

**ORDERED** that judgment shall be entered according to the terms contained in the Offer of Judgment filed in this matter and that this case shall be dismissed with prejudice.

Dated this ___ day of _____, 2020.

_____
CLERK OF THE COURT

Copies to:

Counsel of Record