UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **OWEN FEIL**, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:20-cv-00278-CCB |
| | ) |
| v. | ) |
| | ) |
| **GOUCHER COLLEGE, et al.**, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF JUDGMENT

Upon consideration of the Offer of Judgment made pursuant to Federal Rule of Civil Procedure 68 by Defendant Goucher College ("Defendant") and Plaintiff Owen Feil's ("Plaintiff") acceptance of the Offer of Judgment, notice of which was provided to the Court (ECF No. 16), and finding good cause to do so, it is hereby

**ORDERED** that judgment is entered in favor of Plaintiff against Defendant in the total sum of $30,000.00 (thirty thousand dollars and zero cents), plus forgiveness of the $2,229.00 (two thousand two hundred twenty nine dollars and zero cents) presently owed by Plaintiff to Defendant (the "Judgment Sum"). This Judgment Sum is inclusive of all monies to which Plaintiff and his counsel may be entitled, including, but not limited to, pre-judgment interest and reasonable attorneys' fees and costs; and it is

**FURTHER ORDERED** that this Judgment:

    a.    encompasses and fully and finally settles any and all of Plaintiff's claims against Defendant or any of Defendants' past, present, and future employees, officers, directors, shareholders, attorneys, insurers, reinsurers, agents, servants, representatives, employees, subsidiaries, affiliates,

partners, beneficiaries, trustees, predecessors and successors in interest, and assigns (together, the "College Parties") as alleged in Plaintiff's Complaint, including:

    i.    Violation of Title IX (Count I);

    ii.    Breach of Contract (Count II);

    iii.    Defamation (Count III);

    iv.    Breach of Contract and Disclosure of Health Information (Count IV);

    v.    False Arrest (Count V);

    vi.    Intentional Infliction of Emotional Distress (Count VI); and

    vii.    Respondeat Superior (Count VII).

b.    encompasses and fully and finally settles any related claims which could have been asserted against the College Parties in Plaintiff's Complaint, but were not, and

c.    represents the total amount the Defendant shall be obligated to pay on account of Plaintiff's claims; and it is

**FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

Dated this 8th day of September, 2020.

_____
CLERK OF THE COURT

Copies to:
Counsel of Record